M. Elizabeth Day (SBN 177125)
eday@bdiplaw.com
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248

Jason S. McManis (*pro hac vice* to be filed)
jmcmanis@azalaw.com
Weining Bai (*pro hac vice* to be filed)
wbai@azalaw.com
AHMAD, ZAVITSANOS & MENSING, PLLC
1221 McKinney Street, Suite 2500
Houston, Texas 77010
Telephone: (713) 655-1101

*Attorneys For Plaintiff,*
*LookSmart Group, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOOKSMART GROUP, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> GOOGLE, LLC, <br><br> *Defendant*. | CASE NO.  5:24-cv-7147 <br><br> **LOOKSMART GROUP, INC.'S DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** <br><br> DEMAND FOR JURY TRIAL |

1

Pursuant to Fed. R. Civ. P. 7.1 (a), Plaintiff LookSmart Group, Inc. states that it has no parent corporation and no publicly held corporation owns 10 percent or more of its stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no interested person or entity (other than the named parties) to report.

Dated: October 14, 2024                     Respectfully submitted,

*/s/ M. Elizabeth Day*
M. Elizabeth Day (SBN 177125)
eday@bdiplaw.com
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248

Jason S. McManis (pending pro hac vice)
jmcmanis@azalaw.com
Weining Bai (pending pro hac vice)
wbai@azalaw.com
AHMAD, ZAVITSANOS & MENSING, PLLC
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(713) 655-1101

*Attorneys for Plaintiff\*
LookSmart Group, Inc.